UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRYANT JONES,

                Plaintiff,

    -against-                          **ORDER**

NEW YORK HEALTH CARE, INC.,        20 Civ. 8076 (PGG) (JLC)

                Defendant.

PAUL G. GARDEPHE, U.S.D.J.:

        The Complaint was filed on September 30, 2020.  (Dkt. No. 1)  To date, Defendant New York Health Care, Inc. has not responded to the Complaint or otherwise appeared.

        On March 2, 2021, the Clerk of Court issued a certificate of default.  (Dkt. No. 13)

        Any motion for a default judgment is to be filed by **April 15, 2021**, in accordance with this Court's Individual Rules.

Dated: New York, New York
       April 9, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge