# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**                                                                                             Tel: 718-740-1000
Email: abdul@abdulhassan.com                                                                            Fax: 718-740-2000
*Employment and Labor Lawyer*                                                                    Web: www.abdulhassan.com

April 13, 2021

**Via ECF**

Hon. Paul G. Gardephe, USDJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007

<u>Re: Bryant Jones v. New York Health Care, Inc.</u>
Case #: 20-CV-08076 (PGG)(JLC)
**Motion for Extension of Time**

Dear Judge Gardephe:

      My firm represents plaintiff Bryant Jones ("Jones"), in the above-referenced action and I respectfully write to request a 45-day extension of the April 13, 2021 deadline for Plaintiff to file his motion for a default judgment. This request is being made in order to give Defendant another chance to appear, defend or resolve the case which would obviate the need for further litigation. No prior request for an extension of this deadline was made.

      We thank the Court in advance for its time and consideration.

Respectfully Submitted,

Abdul Hassan Law Group, PLLC

_/s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff Bryant Jones*

**Memo Endorsed**: This application is granted. The deadline for Plaintiff to move for a default judgment provided in Dkt. No. 14 is extended to May 28, 2021.

SO ORDERED.

*[signature]*
_____
Paul G. Gardephe
United States District Judge

Dated: April 14, 2021

1